UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT W. VICTOR,

                    Plaintiff,

v.                                      Case No. 3:06-cv-479-J-33TEM

MAKITA U.S.A., INC.,

                    Defendant.
_____/

## ORDER

    This cause comes before the Court pursuant the Objection to Order Denying Motion to Extend Time to Disclose Defendant's Experts Issued on October 24, 2007 (Doc. # 38), filed by Makita on October 29, 2007.

    On October 24, 2007, the Magistrate Judge entered an order denying Makita's emergency motion to extend expert disclosure deadlines. (Doc. # 37.) Makita objects that this order is clearly erroneous because it is inconsistent with a previous order (Doc. # 33) allowing such an extension. The Magistrate Judge's two orders are not inconsistent, however. The earlier order explained that its extension of the deadline was on the agreement of the parties. There is no suggestion that the parties agreed to a further extension. Thus, there is no inconsistency between the two orders that could give rise to error. The Magistrate Judge was well within his discretion to deny a further extension. Compare Lee v. Etowah County Bd. of Educ., 963 F.3d 1416, 1420-21 (11th Cir. 1992)

1

(noting discretion over discovery matters and finding no error in district court's order terminating discovery) <u>with</u> <u>Merritt v. Int'l Broth. of Boilermakers</u>, 649 F.2d 1013, 1016–17 (5th Cir. June 2, 1981) (explaining that magistrates have authority to enter non-dispositive discovery orders).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

1.   Makita's Objection to Order Denying Motion to Extend Time to Disclose Defendant's Experts Issued on October 24, 2007 (Doc. # 38) is **OVERRULED**.

2.   Makita shall make its expert disclosure by November 1, 2007.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>30th</u> day of October 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record